ANNE TODD *v.* EDWARD A. JAZLOWIECKI
(7370)

DUPONT, FOTI and LAVERY, Js.

Argued October 31—decision released October 31, 1989

*Stephen R. Corbeil,* with whom, on the brief, was *Paul S. Bialobrzeski,* for the appellant (defendant).

*Douglas W. Hammond,* with whom, on the brief, was *Edmund T. Grady, Jr.,* for the appellee (plaintiff).

PER CURIAM. There is no error.

SUSAN LANGFORD *v.* BART A. SAYET
(7714)

BORDEN, DALY and NORCOTT, Js.

Argued November 9—decision released November 15, 1989

*Sanford J. Plepler,* with whom, on the brief, were *Debra C. Ruel* and *Christine Metzner,* law student intern, for the appellant (plaintiff).

*Jeremy G. Zimmermann,* with whom were *James P. Brochin* and *Tabitha Ponnambalam,* for the appellee (defendant).

PER CURIAM. There is no error.